The Honorable Ricardo S. Martinez
The Honorable Mary Alice Theiler

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| i. N. (11/05/89), a minor,<br><br>      Petitioner,<br><br> v.<br><br>NEHEMIAH MEAD,<br><br>      Respondent. | NO. C07-0467-RSM-MAT<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER |

Respondent, having filed a Motion for Extension of Time to File an Answer in this matter, and the Court being fully advised and having examined the records and files herein;

NOW THEREFORE, it is hereby

ORDERED that Respondent's Motion for Extension of Time to File an Answer in this matter be and the same is hereby granted.

Respondent's Answer to the Petition for Writ of Habeas Corpus shall be due on or before October 18, 2007.

DATED this <u>14th</u> day of September, 2007.

              s/ Mary Alice Theiler
              United States Magistrate Judge

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION OF TIME
TO FILE AN ANSWER
NO. C07-0467-RSM-MAT

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

Presented by:

ROBERT M. MCKENNA
Attorney General


s/ JEFFREY T. KILLIP
WSBA No. 32101
Assistant Attorney General
Attorneys for Respondent
Attorney General's Office
Social & Health Services Division
PO Box 40124
Olympia, WA 98504-0124
Phone: 360-586-6506
Fax: 360-586-6662
Attorney's E-mail Address**: JeffreyK1@atg.wa.gov**

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION OF TIME
TO FILE AN ANSWER
NO. C07-0467-RSM-MAT

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565