01
02
03
04

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

05  i.N. (11/05/89), a minor,                  )   CASE NO.: C07-0467-RSM-MAT
                                               )
06          Petitioner,                        )
                                               )
07      v.                                     )   ORDER STRIKING PETITIONER'S
                                               )   RESPONSE TO ANSWER
08  NEHEMIAH MEAD,                             )
                                               )
09          Respondent.                        )
    _____)
10

11      On November 8, 2007, petitioner filed a response to respondent's answer to petitioner's

12  petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The response, as discussed

13  below, was due no later than November 5, 2007. The Court, having considered petitioner's

14  response and the balance of the record, does hereby find and ORDER:

15      (1)    On July 17, 2007, the Court issued an Order that directed respondent to file an

16  answer to petitioner's habeas petition. (Dkt. No. 8). In that Order, the Court set forth the

17  procedure for the filing of briefs in this matter as follows:

18          The answer will be treated in accordance with Local Rule CR 7. Accordingly,
            on the face of the answer, respondent shall note it for consideration on the fourth
19          Friday after filing. *Petitioner may file and serve a response no later than the Monday
            immediately preceding the Friday designated for consideration of the matter*, and
20          respondent may file and serve a reply no later than the Friday designated for
            consideration. See also Local Rule CR 4, concerning filing and service in general.
21

22  (*Id*. at 2) (emphasis added)

ORDER STRIKING PETITIONER'S
RESPONSE TO ANSWER
PAGE -1

01       Respondent filed his answer on October 18, 2007. (Dkt. No. 14). In accordance with the

02 Court's Order of July 17th, respondent noted the answer for consideration on Friday, November

03 9, 2007.  The Monday preceding this date was November 5, 2007, and was the last day on which

04 petitioner could file her response without requesting an extension of time.

05       Petitioner, as mentioned, filed her response on November 8, 2007, and it is, therefore,

06 untimely. (Dkt. No. 18).  Petitioner does not acknowledge that her response is untimely as the

07 response does not mention the issue of timeliness, but rather addresses exclusively the substance

08 of respondent's answer.  Thus, the Court cannot construe the late response as a motion for an

09 extension of time.  In addition, the Court notes that if petitioner were to file such a motion, the

10 standard she would have to meet would be "excusable neglect" because the time period for filing

11 the response has already expired. *See* Fed. R. Civ. P. 6(b).  In general, inadvertence or oversight

12 by counsel is not sufficient to meet this standard. *See, e.g., Davidson v. Keenan*, 740 F.2d 129,

13 132 (2nd Cir. 1984) (inadvertence or oversight of counsel does not constitute "excusable neglect"

14 that might justify an extension of time for filing papers under Fed. R.Civ. P. 6(b)).

15       (2)   Accordingly, the Clerk shall STRIKE petitioner's response (Dkt. No. 18) as

16 untimely. In addition, the Clerk shall send copies of this Order to counsel of record and to the

17 Honorable Ricardo S. Martinez.

18       DATED this 9th day of November, 2007.

19

20                                     _____
                                       Mary Alice Theiler
21                                     United States Magistrate Judge

22

ORDER STRIKING PETITIONER'S
RESPONSE TO ANSWER
PAGE -2