UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| i.N. (11/05/89), a minor, | ) | CASE NO.: C07-0467-RSM |
| Petitioner, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| NEHEMIAH MEAD, | ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, respondent's answer, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's petition for a writ of habeas corpus (Dkt. No. 7) is DENIED and this action is dismissed without prejudice; and

(3) The Clerk is directed to send a copy of this Order to counsel of record and to Judge Theiler.

DATED this 24 day of March 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL