# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

i.N. (11/5/89), a minor,

      Petitioner,

      v.

NEHEMIAH MEAD,

      Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  C07-0467-RSM

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    The Report and Recommendation is adopted and approved. Petitioner's petition for a writ of habeas corpus is denied and this action is dismissed without prejudice.

    Dated this _24_ day of March, 2008.

                                              BRUCE RIFKIN
                                              Clerk

                                              /s/ Rhonda Stiles
                                              Deputy Clerk